**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02749-CMA-KLM

KIMBERLY ADAIR,

    Plaintiff,

v.

EL PUEBLO BOYS & GIRLS RANCH, INC. LONG TERM DISABILITY PLAN,
   a/k/a "Your Group Employee Benefits Plan," a/k/a Plan Number G204821/00001,
   also left specifically unnamed in an addendum To Summary Plan Description,

    Defendant.

---

## ORDER TRANSFERRING CASE

---

    This matter comes before the Court upon review of the file. Pursuant to D.C.COLO.LCivR 7.5 and 40.1A, with the approval and consent of Chief Judge Wiley Y. Daniel, it is

    ORDERED that this case shall be transferred to Chief Judge Wiley Y. Daniel.

    DATED: September __18__, 2012

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge