IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02749-WYD-KLM

KIMBERLY ADAIR,

     Plaintiff,

v.

EL PUEBLO BOYS & GIRLS RANCH, INC. LONG TERM DISABILITY PLAN (a/k/a "Your Group Employee Benefits Plan"; a/k/a Plan Number G204821/00001; also left specifically unnamed in an Addendum To Summary Plan Description),

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     Plaintiff's Unopposed Motion to Vacate and Reschedule Hearing on Plaintiff's ERISA Claim for Long Term Disability Benefits (ECF No. 34) filed on February 18, 2013, is **GRANTED.**   The hearing set for Thursday, March 21, 2013, at 2:00 p.m. is **VACATED** and **RESET** to **Wednesday, April 3, 2013, at 11:00 a.m. in Courtroom A-1002.**

     Dated:  February 20, 2013.