IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02749-WYD-KLM

KIMBERLY ADAIR,

    Plaintiff,

v.

EL PUEBLO BOYS & GIRLS RANCH, INC. LONG TERM DISABILITY PLAN (a/k/a "Your Group Employee Benefits Plan"; a/k/a Plan Number G204821/00001; also left specifically unnamed in an Addendum To Summary Plan Description),

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion to Vacate and Reschedule Hearing on Claim for Disability Benefits (ECF No. 36) filed February 22, 2013, is **GRANTED.**  The hearing set for Wednesday, April 3, 2013, at 11:00 a.m. is **VACATED** and **RESCHEDULED** for **Tuesday, April 30, 2013 at 3:00 p.m. in Courtroom A-1002.**

    Dated:  March 1, 2013.