IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02749-WYD-KLM

KIMBERLY ADAIR,

    Plaintiff,

v.

EL PUEBLO BOYS & GIRLS RANCH, INC. LONG TERM DISABILITY PLAN (a/k/a "Your Group Employee Benefits Plan"; a/k/a Plan Number G204821/00001; also left specifically unnamed in an Addendum To Summary Plan Description),

    Defendant.

## JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order filed on September 5, 2013 by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that this case is REMANDED to the Plan Administrator for further factfinding on Plaintiff's disability opinion in accordance with this Order. This case shall be TERMINATED, but may be reopened upon motion if either party wishes to obtain court review of the Plan's determination on remand.

DATED at Denver, Colorado this 9th day of September, 2013.

                            FOR THE COURT:

                            JEFFREY P. COLWELL, CLERK

                            By: s/ Edward P. Butler
                            Edward P. Butler, Deputy Clerk