IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02749-WYD-KLM

KIMBERLY ADAIR,

     Plaintiff,

v.

EL PUEBLO BOYS & GIRLS RANCH, INC. LONG TERM DISABILITY PLAN (a/k/a "Your Group Employee Benefits Plan"; a/k/a Plan Number G204821/00001; also left specifically unnamed in an Addendum To Summary Plan Description),

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     In light of the Notice of Satisfaction of Judgment filed January 16, 2014 (ECF No, 48), Plaintiff's "Motion Attorney Fees in Sum Certain" filed on October 11, 2013 (ECF No. 45) is **DENIED AS MOOT**.

     Dated:  January 21, 2014